**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01127-CR

**LOAY ABDLLAH DARAGHMEH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-13-190**

## ORDER

The Court **GRANTS** appellant's January 7, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **FIFTEEN (15) DAYS** from the date of this order.

/s/      LANA MYERS
            JUSTICE